UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent, *v.* NATIONAL CITY BANK OF NEW YORK, Appellant, Impleaded with Others.

Argued October 17, 1940; decided November 13, 1940.

652

*Lester Kissel, Allan C. Rowe* and *A. Hayne de Yampert* for appellant.

*David S. Konheim, Samuel Halpern, Anthony J. Wolf* and *William J. McArthur* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.